# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **JEFFREY WEISEN**, <br><br> Plaintiff, <br><br> v. <br><br> **Rademacher Companies, Inc. d/b/a Bill's Superette and Rademacher Family Partnership, LLLP,** <br><br> Defendant. | Case No.: 21-cv-0290 (JRT/TNL) <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff and Plaintiff's undersigned Attorneys on the one hand, and Defendants, and Defendants' undersigned Attorney, on the other, that all claims in the above-captioned action are hereby dismissed with prejudice, and on the merits, without additional costs or attorney's fees to any party.

Dated: May 21, 2021

**THRONDSET MICHENFELDER, LLC**

By: s/Chad A. Throndset_____
Patrick W. Michenfelder (#024207X)
Chad A. Throndset (#0261191)
One Central Avenue West, Suite 101
St. Michael, MN 55376
Tel: (763) 515-611
Email: pat@throndsetlaw.com
Email: chad@throndsetlaw.com
*Attorneys for Plaintiff*

2

Dated:  May 24, 2021　　　　　　　　**HENNINGSON & SNOXELL, LTD.**

　　　　　　　　　　　　　　　　　　By:  /s/Mark V. Steffenson_____
　　　　　　　　　　　　　　　　　　Mark V. Steffenson (#178457)
　　　　　　　　　　　　　　　　　　6900 Wedgewood Road, Suite 200
　　　　　　　　　　　　　　　　　　Maple Grove, MN 55311
　　　　　　　　　　　　　　　　　　Tel: (763) 560-5700
　　　　　　　　　　　　　　　　　　Email: msteffenson@hennsnoxlaw.com
　　　　　　　　　　　　　　　　　　*Attorney for Defendants*

2