## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| JEFFREY WEISEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RADEMACHER COMPANIES, INC., et al.,<br><br>　　　　　Defendants. | Civil No. 21-290 (JRT/TNL)<br><br><br>**ORDER FOR DISMISSAL<br>WITH PREJUDICE** |

Chad Throndset, **THRONDSET MICHENFELDER, LLC,** One Central Avenue West, Suite 203, St. Michael, MN 55376, for plaintiff.

Mark V Steffenson, **HENNINGSON & SNOXELL, LTD,** 6900 Wedgwood Road, Suite 200, Maple Grove, MN 55311-3541, for defendants.

The parties filed a Stipulation of Dismissal on May 25, 2021. (ECF No. 10) Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party bearing its own costs, expenses, and attorneys' fees.

　　　**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 28, 2021　　　　　　　　　　　　　　___s/John R. Tunheim____
at Minneapolis, Minnesota　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court