# UNITED STATES DISTRICT COURT

## District of Minnesota

Jeffrey Weisen,

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number:    21-cv-290 JRT/TNL

Rademacher Companies, Inc., Rademacher
Family Partnership, LLLP

Defendant(s),

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have
been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this case is **DISMISSED WITH PREJUDICE**, with each party bearing its own costs,

expenses, and attorneys' fees.

Date: 6/29/2021

KATE M. FOGARTY, CLERK